FILED 16 OCT '26 3:59 USDC-ORP

UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00432-SI** |
| **v.** | **INDICTMENT** |
| **MICAILYN BRIANNA WILLIAMS,** | **18 U.S.C. § 924(h)**<br>**21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 8, 2026, in the District of Oregon, the defendant **MICAILYN BRIANNA WILLIAMS**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Stoeger STR-9, 9mm pistol, knowing or having reasonable cause to believe that the firearms would be used to commit a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**COUNT 2**
**(Distribution of a Controlled Substance- Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about September 21, 2026, in the District of Oregon, defendant, **MICAILYN BRIANNA WILLIAMS,** did knowingly distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

**FIRST FORFEITURE ALLEGATION**

Upon conviction of one or more of the offense in Counts 1, defendant **MICAILYN BRIANNA WILLIAMS**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) A Stoeger STR-9, 9mm pistol.

**SECOND FORFEITURE ALLEGATION**

Upon conviction of Count 2, defendant **MICAILYN BRIANNA WILLIAMS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any

///

///

///

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICOLE BOCKELMAN, OSB # 105934
Assistant United States Attorney